

# Fourth Court of Appeals
## San Antonio, Texas

March 21, 2018

No. 04-18-00088-CV

**IN THE INTEREST OF M.K.M., ET. AL., CHILDREN,**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA02764
The Honorable Linda A. Rodriguez, Judge Presiding

## O R D E R

Letitia Moncivais' notification of late record is hereby GRANTED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of March, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court